### Maria Remsen, administratrix, v. Joshua Isaacs.

MULLIGAN moved to set aside a report of referees for irregularity and on merits.

*Woods,* contra. In *King* v. *Hughes,* it was deter-
mined, that if a motion be made as non-enumerated
for irregularity, the ground of merits must be aban-
doned, though on the merits the irregularity may be
insisted on.

*Per Curiam.* The rule is according to the deci-
sion cited. The application must be for irregularity
*only* to bring it on as a non-enumerated motion. If
merits are united, it becomes enumerated.